UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GAVIN O'NEILL,<br><br>                Plaintiff,<br><br>v.<br><br>INDIGO SALON AND DAY SPA LLC and DOES 1 through 10, inclusive,<br><br>                Defendant. | Case No.: 1:24-cv-11642<br><br>**COMPLAINT**<br><br>**DEMAND FOR JURY TRIAL** |

## COMPLAINT

Plaintiff Gavin O'Neill, for his Complaint against Indigo Salon and Day Spa LLC and DOES 1 through 10 inclusive, alleges as follows:

### JURISDICTION AND VENUE

1. This is a civil action seeking damages and injunctive relief for copyright infringement under the Copyright Act of the United States, 17 U.S.C. § 101 *et seq.*

2. This Court has subject matter jurisdiction over Plaintiff's claims for copyright infringement pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 1338(a).

3. This court has personal jurisdiction over Defendant because Defendant's acts of infringement complained of herein occurred in the Commonwealth of Massachusetts, Defendant's acts of infringement were directed towards the Commonwealth of Massachusetts, Defendant caused injury to Plaintiff within the Commonwealth of Massachusetts, and Defendant has a physical presence in the Commonwealth of Massachusetts.

4.     Venue in this judicial district is proper under 28 U.S.C. § 1391(b)-(c) and 1400(a) in that this is the judicial district in which a substantial part of the acts and omissions giving rise to the claims occurred.

## PARTIES

5.     Plaintiff Gavin O'Neill ("O'Neill" or "Defendant") is an individual and professional photographer.

6.     Indigo Salon and Day Spa LLC ("Indigo") is a Massachusetts Limited Liability Company with a principal place of business in the Commonwealth of Massachusetts at 7 Summer Street Chelmsford, MA 01824.

7.     Plaintiff is unaware of the true names and capacities of the Defendants sued herein as DOES 1 through 10, inclusive, and for that reason, sues such Defendants under such fictitious names. Plaintiff is informed and believes and on that basis alleges that such fictitiously named Defendants are responsible in some manner for the occurrences herein alleged, and that Plaintiff's damages as herein alleged were proximately caused by the conduct of said Defendants. Plaintiff will seek to amend the complaint when the names and capacities of such fictitiously named Defendants are ascertained. As alleged herein, "Defendant" shall mean all named Defendants and all fictitiously named Defendants.

## FACTUAL ALLEGATIONS

### *Gavin O'Neill is a highly successful beauty photographer*

8.     Plaintiff O'Neill is a highly successful freelance photographer specializing in hair and beauty photography. He often travels across the globe for his clients as well as personal projects that he funds to build his portfolio. O'Neill's social media following is substantial with over 142,000 followers on his Instagram account, @gavinoneillphoto.

9.     O'Neill creates and licenses his work for a fee. His work has been featured in top publications such as *Vogue, Marie Claire, Glamour,*

*Cosmopolitan,* and *GQ.* Additionally, O'Neill's work has been used commercially by brands such as *Gillette, Olay, Garnier, KKW Beauty, L'Oreal, LUX, Rolls Royce*, and many more.

10. O'Neill's livelihood depends on receiving compensation for the photographs he produces, and the copyright protection afforded to O'Neill's work deters would-be infringers from copying and profiting from his work without permission.

11. O'Neill is the sole creator and exclusive rights holder to an original Photograph of a flower in the hands of a naked woman (the "Flower Photograph").

12. Attached as Exhibit A is a true and correct copy of the Flower Photograph.

13. O'Neill has registered the Flower Photograph with the United States Copyright Office under registration number VA 2-066-264 with an effective registration date of August 31, 2017.

14. Attached hereto as Exhibit B is a true and correct copy of registration certificate VA 2-066-264.

### Indigo Salon and Day Spa LLC is a commercial business

15. Defendant Indigo Salon and Day Spa LLC is a commercial business offering salon and spa services like hair treatments, facials, massages, hair removal, waxing, and spray tans among others. *See generally* https://www.indigosalon-dayspa.com/copy-of-services .

16. On information and belief, Indigo manages and operates an Instagram page under the username @indigospachelmsford, https://www.instagram.com/indigospachelmsford/ which promotes Indigo's business and services ("Defendant's Instagram").

17. Defendant's Instagram contains a biography section that provides a

direct link for visitors to Defendant's Instagram page to book appointments for Indigo's services. *See* https://www.instagram.com/indigospachelmsford/; https://mdwareonline.com/indigosalondayspa/book.

18. Upon information and belief, Indigo uses its Instagram to promote its services and to push traffic to its websites in order to generate direct revenue through the promotion and sale of its services.

### *Indigo Engages in Copyright Infringement*

19. On or about April 12, 2024, O'Neill discovered his Flower Photograph published to Defendant's Instagram in a post with the caption "Thinner hair growth, no razor burn, smoother skin, no stubble for weeks...just to name a few #brazillianwax #brazillianwaxing #wax #waxing #bodywaxing #brazillianreasonstogetwaxed #hairfree #norazorburn #smootherskin #getwaxed #masterwaxer #wedowaxing #chelmsford #chelmsfordma #chelmsfordbeauty" (the "Infringing Post").

20. The Flower Photograph as used by Defendant in the Infringing Post also had the phrase "THERE'S A BRAZILLIAN REASONS TO GET WAXED" overlayed on top of the Flower Photograph.

21. A true and correct screenshot of the Flower Photograph published and displayed on Defendant's Instagram in the Infringing Post is attached hereto as Exhibit C.

22. O'Neill does not have record of his Flower Photograph being licensed to Indigo nor had O'Neill granted permission for Indigo to make a copy or publicly display the Flower Photograph on Defendant's Instagram in the Infringing Post.

23. O'Neill is informed and believes that the purpose of the use of the Flower Photograph on Defendant's Instagram was to promote and encourage sales of Indigo's products and services by providing a high-quality, professionally-produced photograph to assist the viewer in visualizing the results that could be

achieved by using Indigo's products and services.

24. O'Neill is informed and believes Defendant (including its employees, agents, contractors or others over whom it has responsibility and control) used, displayed, published, and otherwise held out to the public O'Neill's original and unique Flower Photograph for commercial benefit in order to acquire a direct financial benefit, through revenue from the sales of Indigo's products and services from use of the Flower Photograph.

25. On information and belief, Indigo's use of the Flower Photograph was deliberate and willful because it knew or should have known that it did not purchase a license to use the Flower Photograph as it was displayed and published in the Infringing Post on Defendant's Instagram.

**CAUSE OF ACTION**
**COPYRIGHT INFRINGEMENT**
**17 U.S.C. § 101** *et seq*

26. Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

27. Plaintiff did not consent to, authorize, permit, or allow in any manner the said use of Plaintiff's unique and original Photograph.

28. Plaintiff is informed and believes and thereon alleges that the Defendant willfully infringed upon Plaintiff's copyrighted Photographs in violation of Title 17 of the U.S. Code, in that it used, published, communicated, posted, publicized, and otherwise held out to the public for commercial benefit, the original and unique Photograph of the Plaintiff without Plaintiff's consent or authority, by using it in the Infringing Post on Defendant's Instagram.

29. Specifically, Defendant made an unauthorized copy and then publicly displayed the Flower Photograph with the Infringing Post.

30. As a result of Defendant's violations of Title 17 of the U.S. Code, Plaintiff is entitled to any actual damages pursuant to 17 U.S.C. §504(b), or

statutory damages in an amount up to $150,000 per work infringed pursuant to 17 U.S.C. § 504(c).

31. As a result of the Defendant's violations of Title 17 of the U.S. Code, the court in its discretion may allow the recovery of full costs as well as reasonable attorney's fees and costs pursuant to 17 U.S.C § 505 from Defendants.

32. Plaintiff is also entitled to injunctive relief to prevent or restrain infringement of his copyright pursuant to 17 U.S.C. § 502.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff prays for judgment against Defendant as follows:

- For a finding that Defendant infringed Plaintiff's copyright interest in the Photographs by copying, displaying, and distributing it without a license or consent;
- For an award of actual damages and disgorgement of all of profits attributable to the infringement as provided by 17 U.S.C. § 504 in an amount to be proven or, in the alternative, at Plaintiff's election, an award for statutory damages against Defendant in an amount up to $150,000 for each work infringed pursuant to 17 U.S.C. § 504(c), whichever is larger;
- For an injunction preventing Defendant from further infringement of all copyrighted works of the Plaintiff pursuant to 17 U.S.C. § 502;
- For costs of litigation and reasonable attorney's fees against Defendant pursuant to 17 U.S.C. § 505;
- For pre judgment interest as permitted by law; and
- For any other relief the Court deems just and proper.

Dated: June 26, 2024                                       Respectfully submitted,

**/s/ Taryn R. Murray**
Taryn R. Murray, Esq.
Mass Bar No. 703750
**HIGBEE & ASSOCIATES**
3110 W. Cheyenne Ave #200
N. Las Vegas, NV 89032-5418
(714) 617-8373
(714) 597-6729 facsimile
tmurray@higbee.law
*Attorney for Plaintiff*

## **DEMAND FOR JURY TRIAL**

Plaintiff, Gavin O'Neill hereby demands a trial by jury in the above matter.

Dated: June 26, 2024                                  Respectfully submitted,

**/s/ Taryn R. Murray**
Taryn R. Murray, Esq.
Mass Bar No. 703750
**HIGBEE & ASSOCIATES**
3110 W. Cheyenne Ave #200
N. Las Vegas, NV 89032-5418
(714) 617-8373
(714) 597-6729 facsimile
tmurray@higbee.law
*Attorney for Plaintiff*